UNITED STATES GOVERNMENT
# MEMORANDUM

RECEIVED

2007 JUN 26  A 9:42

**DATE:** June 25, 2007

**TO:** Charles S. Coody
Chief United States Magistrate Judge
Middle District of Alabama

**REPLY TO ATTN OF:** Brad Brockett
U. S. Probation Officer
Dothan Office

**SUBJECT:** U.S.A. vs. DAVIS, Willie Ray
DKT. NO. 07-30002-A11-KPN
**TRANSFER OF JURISDICTION REQUEST**

## COURT HISTORY:

On May 21, 2007, Davis appeared before the Honorable Kenneth P. Neiman, U. S. Magistrate Judge for the District of Massachusetts. Davis entered a plea of guilty to Possession of Cocaine and was sentenced to a three (3) year term of probation. The following special conditions were ordered at the time of sentencing:

1. The defendant shall immediately participate in an inpatient program and halfway house component of treatment, to determine whether the defendant has reverted to the use alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

2. Following the defendant's completion of the inpatient drug treatment program and halfway house component of treatment, the defendant is to serve 5 months in home detention with electronic monitoring and shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the Monitoring equipment in good condition and may be charged for replacement or repair of the equipment.

3. The defendant is not to consume any alcoholic beverages.

4. The defendant shall pay a fine in the amount of $1,000 during the period of probation.

5. The defendant shall pay a special assessment fee in the amount of $25, due immediately.

6. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U. S. Attorney's Office.

7. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding.

Case 2:07-cm-01281-WKW   Document 1   Filed 06/26/2007   Page 2 of 3

Page Two                                    Re: U.S.A. vs. DAVIS, Willie Ray

**SUPERVISION HISTORY**:

On May 21, 2007, Davis began his term of probation supervision and moved to the Middle District of Alabama, and established a residence with his grandparents in Enterprise, Alabama. On May 29, 2007, Davis tested positive for cocaine, and was referred to South Central Alabama Mental Health located in Enterprise, Alabama for an assessment. On June 19, 2007, Davis was assessed for residential drug treatment and placed on the waiting list for drug treatment at The Haven located in Dothan, Alabama.

**RECOMMENDATION**:

It is respectfully recommended that jurisdiction of this case be accepted. The District of Massachusetts has initiated Transfer of Jurisdiction due to Davis's drug positive and his need for drug treatment. Further, Davis has stable residence living with his grandparents in Enterprise, Alabama and does not plan to move. Judge Kenneth P. Neiman, United States Magistrate Judge in the District of Massachusetts has signed Part 1 of the attached form 22, initiating the transfer process. If the court agrees to accept jurisdiction, please acknowledge by signing Part 2 of the attached form.

Respectfully submitted,

Brad Brockett
United States Probation Officer

**Reviewed and Approved by:**

Robert A. Pitcher, Senior U.S. Probation Officer/OIC

**APPROVED:**

_____
United States Magistrate Judge/Date

**DISAPPROVED:**

_____
United States Magistrate Judge/Date

**COMMENTS:**_____

_____

_____

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 07-30002 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:07CM 1281-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Willie Ray Davis 103 Paul Street Enterprise, AL 36330 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Springfield |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Kenneth P. Neiman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/21/07 — TO 5/20/2010 |

OFFENSE

Possession of Cocaine, 21:844

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"DISTRICT OF MASSACHUSETTS"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_June 7, 2007_                                  _[signature]_
*Date*                                          *United States District Judge*
                                                *Magistrate*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                         _____
*Effective Date*                                *United States District Judge*