| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 07-30002 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:07 CM 1281-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Willie Ray Davis 103 Paul Street Enterprise, AL 36330 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Springfield |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Kenneth P. Neiman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/21/07 — TO 5/20/2010 |

OFFENSE

Possession of Cocaine, 21:844

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_June 7, 2007_                                   _[signature]_
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/27/07_                                      _[signature]_
Effective Date                                    United States District Judge